UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY; THE AMERICAN INSURANCE COMPANY; and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>Defendants. | C17-257 TSZ<br>(consolidated with C17-427 TSZ)<br><br>ORDER |
| KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | |

The stipulated motion filed by plaintiff Kingsgate Ridge Manor Association of Apartment Owners and defendant State Farm Fire & Casualty Company ("State Farm"),

ORDER - 1

docket no. 25, is GRANTED, and plaintiff's claims against State Farm are DISMISSED with prejudice and without costs. State Farm's motion for summary judgment, docket no. 18, is STRICKEN as moot.

Within fourteen (14) days of the date of this Order, plaintiff shall show cause why its claims against Doe Insurance Companies 1-10, which were not identified prior to the deadlines for joining parties and amending pleadings, should not also be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 1st day of December, 2017.

Thomas S. Zilly
United States District Judge