UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS,<br><br>        Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>        Defendants. | C17-257 TSZ<br>(consolidated with C17-427 TSZ) |
| KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS,<br><br>        Plaintiff,<br><br>v.<br><br>DOE INSURANCE COMPANIES 1-10,<br><br>        Defendants. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Order entered December 1, 2017, docket no. 26, the Court directed plaintiff to show cause why its claims against Doe Insurance Companies 1-10 should not be dismissed for failure to prosecute. Having reviewed plaintiff's response, docket no. 27, the Court hereby DISMISSES without prejudice plaintiff's claims against Doe Insurance Companies 1-10.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of December, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1