| | |
|---|---|
| | Honorable Thomas S. Zilly |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>Defendants. | NO. 2:17-cv-00257-TSZ<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUTOFF** |

Plaintiff Kingsgate Ridge Manor Association of Apartment Owners (the "Association"), and Defendants Fireman's Fund Insurance Company, The American Insurance Company, and Allianz Global Risks US Insurance Company (collectively referred to as "Defendants") jointly bring this Motion to request an extension of the discovery cutoff deadline from February 12, 2018 to March 15, 2018. Good cause exists for an extension of the discovery cutoff as both parties have diligently conducted discovery, and are seeking to extend the discovery cutoff deadline only so that the parties can pursue mediation set for *March 1, 2018* in good faith without incurring additional expenses. If mediation is unsuccessful, the parties will meet all other deadlines in the case schedule.

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY CUTOFF (2:17-cv-00257-TSZ) - 1

STEIN, SUDWEEKS & HOUSER
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE: 206-388-0660   FAX: 206-286-2660

| | | |
|---|---|---|
| 1 | Dated this 14th day of February, 2018. | Dated this 14th day of February, 2018. |
| 2 | STEIN, SUDWEEKS & HOUSER, PLLC | BETTS, PATTERSON & MINES, P.S. |

1  Dated this 14th day of February, 2018.    Dated this 14th day of February, 2018.

2  STEIN, SUDWEEKS & HOUSER, PLLC    BETTS, PATTERSON & MINES, P.S.

3  By: /s Daniel Stein    By: /s Jeremy Schulze by email authorization
   Daniel Stein, WSBA #48739    Joseph D. Hampton, WSBA #15297
4  Stein, Sudweeks & Houser, PLLC    Jeremy Schulze, WSBA # 46670
   2701 First Avenue, Suite 430    Attorneys for Defendants
5  Seattle, WA  98121-1111    Betts, Patterson & Mines, P.S.
   Telephone:  (206) 388-0660    One Convention Place, Suite 1400
6  Facsimile:   (206) 286-2662    701 Pike Street
   E-mail:    dstein@condodefects.com    Seattle WA  98101-3927
7                                        Telephone:   (206) 292-9988
                                         Facsimile:   (206) 343-7053
8                                        E-mail:    jhampton@bpmlaw.com
                                                    jschulze@bpmlaw.com
9

10 Attorneys for Plaintiff Kingsgate Ridge Manor    Attorneys for Defendants Fireman's Fund
   Association of Apartment Owners    Insurance Company, The American Insurance
11                                     Company, Allianz Global Risks US Insurance
                                       Company

# ORDER

The Parties' Stipulated Motion, docket no. 31, is GRANTED. The discovery cutoff is extended to March 15, 2018.

DATED this 16th day of February, 2018.

*[signature: Thomas S Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

| STEIN, SUDWEEKS & HOUSER, PLLC | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By: /s Daniel Stein<br>Daniel Stein, WSBA #48739<br>Stein, Sudweeks & Houser, PLLC<br>2701 First Avenue, Suite 430<br>Seattle, WA  98121-1111<br>Telephone:  (206) 388-0660<br>Facsimile:   (206) 286-2662<br>E-mail: dstein@condodefects.com;<br>       justin@condodefects.com;<br>       jstein@condodefects.com<br><br>Attorneys for Plaintiff Kingsgate Ridge Manor Association of Apartment Owners | By: /s Jeremy Schulze by email authorization<br>Joseph D. Hampton, WSBA #15297<br>Jeremy Schulze, WSBA # 46670<br>Attorneys for Defendants<br>Betts, Patterson & Mines, P.S.<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle WA  98101-3927<br>Telephone:    (206) 292-9988<br>Facsimile:     (206) 343-7053<br>Email: jhampton@bpmlaw.com;<br>       jschulze@bpmlaw.com<br><br>Attorneys for Defendants Fireman's Fund Insurance Company, The American Insurance Company, Allianz Global Risks US Insurance Company |

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY CUTOFF (2:17-cv-00257-TSZ) - 3

STEIN, SUDWEEKS & HOUSER
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE: 206-388-0660   FAX:  206-286-2660