UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS,

    Plaintiff,

 v.

FIREMAN'S FUND INSURANCE COMPANY, et al.,

    Defendants.

C17-257 TSZ

ORDER

  Plaintiff's counsel having telephonically advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

  NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of June 4, 2018, and all related dates and deadlines are STRICKEN.

  In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

  The Clerk is directed to send a copy of this Order to all counsel of record.

  IT IS SO ORDERED.

  Dated this 30th day of March, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1